UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :

FANNY ALAVA,                       :

               Plaintiff,    :

                       :         22 Civ. 7766 (LGS)

       -against-        :

                       :            ORDER

KATZ'S DELICATESSEN OF HOUSTON ST.,  :
INC., et al.,                    :

               Defendants. :

                       X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for November 16, 2022.  No significant issues were raised in the parties' joint letter or proposed case management plan submitted on November 8, 2022.  It is hereby

      **ORDERED** that the November 16, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation, to take place following document discovery but prior to depositions, is **GRANTED**. The referral will issue in a separate order.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: November 9, 2022
      New York, New York

                               LORNA G. SCHOFIELD
                       UNITED STATES DISTRICT JUDGE